UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE DIEBOLD SECURITIES LITIGATION | CASE NO. 05 CV 2873 (PCE) |

NOTICE OF WITHDRAWAL OF YELENA TREPETIN
AND PROPOSED ORDER

TO: The Clerk of Court and All Parties of Record:

Please withdraw the appearance of Yelena Trepetin as counsel of record for Plaintiff, Sheldon M. Rein. While a member of the law firm of Brower Piven, A Professional Corporation, Ms. Trepetin does not have any association with the above-captioned matter. Brower Piven, A Professional Corporation and Charles J. Piven will continue as counsel for Plaintiff, Sheldon M. Rein.

Dated: 1/19/10

BROWER PIVEN,
A Professional Corporation

Charles J. Piven
1925 Old Valley Road
Stevenson, Maryland 21153
piven@browerpiven.com
Telephone: 410/332-0030
Facsimile: 410/685-1300

*Counsel for Plaintiff Sheldon M. Rein*

SO ORDERED:

Dated: _____, 2010

_____
Judge Peter C. Economus
United States District Court for the
 Northern District of Ohio

## CERTIFICATE OF SERVICE

I hereby certify that on this _19th_ day of January 2010, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF YELENA TREPETIN AND PROPOSED ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____
Charles J. Piven

**Mailing Information for Case No. 05 CV 2873 (PCE)**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

**Lauren Block**
lblock@milbergweiss.com

**John R. Climaco**
jrclim@climacolaw.com

**John Czarnecki**
czarnecki@cooperwalinski.com

**Donna M. Donlon**
ddonlon@mckennalong.com

**William B. Federman**
wbf@federmanlaw.com

**Martin A. Foos**
mfoos@ficlaw.com

**Daniel P. Goetz**
dgoetz@weismanlaw.com

**Clifford S. Goodstein**
cgoodstein@milbergweiss.com

**Joshua R. Hochberg**
jhochberg@mckennalong.com

**D. Jeffrey Ireland**
djireland@ficlaw.com

**Geoffrey M. Johnson**
gjohnson@scott-scott.com

**Daniel R. Karon**
karon@gsk-law.com

**Beth A. Kaswan**
bkaswan@scott-scott.com

**R. Eric Kennedy**
ekennedy@weismanlaw.com

**Anita M. Laing**
anitalaing@cox.net

**Jack Landskroner**
jack@landskronerlaw.com

**Jonathan B. Leiken**
jleiken@jonesday.com

**Karen M. Leser-Grenon**
kleser@sfmslaw.com

**John F. McCaffrey**
jfm@paladin-law.com

**James E. Miller**
jmiller@sfmslaw.com

**Adrienne F. Mueller**
afmueller@jonesday.com

**Dennis E. Murray, Jr.**
dmj@murrayandmurray.com

**John M. Newman, Jr.**
jmnewman@jonesday.com

**Walter W. Noss**
wnoss@scott-scott.com

**John D. Parker**
jparker@bakerlaw.com

**Andrei V. Rado**
arado@milbergweiss.com

**Geoffrey J. Ritts**
gjritts@jonesday.com

**Darren J. Robbins**
e_file_sd@csgrr.com

**Kathryn E. Schill**
kschill@bakerlaw.com

**David R. Scott**
drscott@scott-scott.com

**Edmund W. Searby**
esearby@mcdonaldhopkins.com

**James C. Shah**
jshah@sfmslaw.com

**Arthur L. Shingler, III**
ashingler@scott-scott.com

**James P. Silk, Jr.**
jsilk@snlaw.com

**Scott D. Simpkins**
sdsimp@climacolaw.com

**Richard S. Wayne**
rswayne@strausstroy.com

**James R. Wooley**
jrwooley@jonesday.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case and, therefore, require manual noticing:

**Nathan Zipperian**
Shepherd, Finkelman, Miller
 & Shah, LLC
35 East State Street
Media, PA 19063

**Mark A. Topaz**
**Richard A. Maniskas**
Barroway Topaz Kessler Meltzer
 & Check
280 King of Prussia Road
Radnor, PA 19087

**Patrick A. Klingman**
Shepherd, Finkelman, Miller
 & Shah, LLC
65 Main Street
Chester, CT 06412

**Vincent M. Giblin**
Kroll Heinman Giblin
Suite 307
99 Wood Avenue South
Iselin, NJ 08830

**Gregg M. Fishbein**
**Karen Hanson Riebel**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401

**Martin D. Chitwood**
**Lauren S. Antonino**
Chitwood Harley Harnes
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

_/s/ Charles J. Piven_
Charles J. Piven